UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**GARY RICHMOND and
ANNA RICHMOND,**

    Plaintiffs,

v.                                             CASE NO. 5:12-cv-00193
                                                (Removed from the Circuit Court
**MERRICK BANK CORPORATION,**     of Raleigh County, Case No.
                                                11-C-994-B)

    Defendant.

### AGREED ORDER OF DISMISSAL

On this day came the plaintiffs, Gary Richmond and Anna Richmond, by counsel, Paul W. Roop, and the law firm of Roop Law Office, L.C., and came the defendant, Merrick Bank Corporation, by counsel, Christopher J. Sears, Joseph T. Cramer, and the law firm of Shuman, McCuskey & Slicer, PLLC; and hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter *with prejudice*.

**WHEREFORE**, hearing no objection thereto, it is hereby **ORDERED** and **ADJUDGED** that all claims of the plaintiff against the defendant are hereby **DISMISSED** with prejudice. The Court does further **ORDER** that this matter be, and hereby is **STRICKEN** from the active docket of this Court, with each party to bear its own costs and expenses, including attorney fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 7th day of November 2012.

                                                              IRENE C. BERGER
                                                               UNITED STATES DISTRICT JUDGE
                                                               SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared By:                                            Inspected and Approved By:

/s/Christopher J. Sears
Christopher J. Sears (WVSB #8095)           Paul W. Roop, II, (WVSB #5406)
**SHUMAN, McCUSKEY & SLICER, PLLC**    Roop Law Office, L.C.
P. O. Box 3953                                     P. O. Box 1145
Charleston, WV 25339                         Beckley, WV 25802
304-345-1400                                       304-255-7667
304-343-1826                                       *Counsel for Plaintiff*
*Counsel for Defendant*